**H.G. DAVIS, Appellant,**

v.

**John Wayne CARTER, Judge, one and all; Faulkner County Quorum Court, one and all; H.G. Foster, Prosecuting Attorney, one and all; Marty Montgomery, Sheriff, originally sued as Monty Montgomery, Appellees.**

No. 03–1412.

United States Court of Appeals, Eighth Circuit.

Submitted July 23, 2003.

Decided Aug. 6, 2003.

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

H.G. Davis appeals the adverse entry of final judgment by the District Court[1] in his

civil rights lawsuit, wherein he claimed due process and equal protection violations based on allegations that the defendant county officials and entity took various wrongful actions with regard to property on which he resides. Having carefully reviewed the record, we conclude that (1) to the extent the ruling is properly before us, the dismissal of claims against the county prosecutor was correct; (2) the grant of summary judgment to the remaining defendants was also correct; and (3) an extended opinion would have no precedential value. Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Davis's request for injunctive relief pending appeal as moot.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.